to remand and a motion to supplement the record.

Upon consideration thereof, it is ordered by this court that the motions are denied.

**2011–0625. Cincinnati Bar Assn. v. Alsfelder.**

This matter is before the court upon the filing by movant, Cincinnati Bar Association, of a motion to hold respondent in contempt for failure to obey a subpoena duces tecum by the Board of Commissioners on Grievances and Discipline requiring him to appear at a deposition and to produce certain documents by December 1, 2010.

Upon consideration thereof, it is ordered by this court that the motion is granted. Respondent, Robert F. Alsfelder, Attorney Registration No. 0014829, last known business address in Cincinnati, Ohio, is found in contempt and ordered to comply with the subpoena duces tecum and orders issued by the Board of Commissioners on Grievances and Discipline.

## MISCELLANEOUS DISMISSALS

**2011–0450. Caraman v. Bailey.**

Cuyahoga App. No. 94986, 2011-Ohio-481. This cause is pending before the court as a discretionary appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1(A):

**2011–0445. State ex rel. Wilson v. United Parcel Serv.**
Franklin App. No. 10AP–68, 2011-Ohio-775.

**2011–0773. State ex rel. Ulery v. Capper.**
Clark App. No. 2010CA97.

**2011–0775. State ex rel. Rouan v. Indus. Comm.**
Franklin App. No. 10AP–36, 2011-Ohio-1897.

**2011–0799. State ex rel. Estate of Sziraki v. Bur. of Workers' Comp.**
Franklin App. No. 10AP–267, 2011-Ohio-1486.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–1780. State ex rel. Kohus v. Ohio Dept. of Pub. Safety.**
In Mandamus.

**2011–0580. State ex rel. Mullins v. Curran.**
Mahoning App. No. 10 MA 76, 2011-Ohio-1312.